MARCH 6, 1964

Reap. Dec. 10694.—American Bravo Co. v. United States, reappraisement R58/1348, etc.— Entered at Los Angeles, Calif. Reap. Dec. 10665. Motion by plaintiff.

Reap. Dec. 10695.—Omega Import Co. v. United States, reappraisements R62/1113 and R62/1114.— Entered at Norfolk, Va. Reap. Dec. 10671. Motion by defendant.